452 A.2d 54

Commonwealth, Appellant v. Black, Sr.

Argued January 27, 1981.   James Knoll Gardner, Assistant District Attorney, for Commonwealth, appellant;  Richard J. Orloski, for appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Order affirmed.

452 A.2d 54

Commonwealth v. Brooks, Appellant.

Submitted March 15, 1982.   Wayne S. Lipecky, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of the lower court is affirmed.